IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY R. ROBINSON, | ) | 8:14CV97 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DIANE SABTKA-RINE, Neb. Stat. | ) | |
| Penitentiary, and SCOTT FRAKES, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner Danny Robinson's Motion to Appoint Counsel (Filing No. 30).  The court finds the appointment of counsel is appropriate in this case.

IT IS THEREFORE ORDERED that:

1.     Alan Stoler is appointed to represent Robinson in accordance with 18 U.S.C. § 3006A.

2.     Alan Stoler is directed to promptly enter his appearance as counsel in this case.

3.     No later than May 22, 2015, counsel for Respondents and Alan Stoler shall confer  and file a joint motion suggesting a suitable progression of this case. The court will enter an order progressing this case to disposition following the filing of the joint motion.

4.     The Federal Public Defender is directed to provide Alan Stoler with a CJA voucher in his capacity as administrator of the Criminal Justice Act panel.

5.     The clerk of the court is directed to send a copy of this order to Alan Stoler and the Federal Public Defender, along with all other individuals who receive notice of filings in this case.

DATED this 22nd day of April, 2015.

BY THE COURT:


s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.