IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNY R. ROBINSON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>SCOTT FRAKES, Director, Nebraska Dept. Correctional Services, and DIANE SABTKA-RINE, Neb. Stat. Penitentiary,<br><br>　　　　　Respondents. | 8:14CV97<br><br>ORDER |

This matter is before the court on three motions filed by the plaintiff prior to entry of appearance by his appointed counsel. The court directed counsel to confer regarding progression of the matter by May 22, 2015. Similarly, counsel shall have an opportunity to determine the propriety of the plaintiff's pro se motions. Accordingly,

**IT IS ORDERED**:

1. The plaintiff's Motion for Preparation of Expanded Record (Filing No. 32) is denied without prejudice.

2. The plaintiff's Motion for Leave to File Index of Evidence in Support of Brief in Response to Respondent's Reply Brief (Filing No. 37) is denied without prejudice.

3. The plaintiff's Supplemental Motion for Preparation of Expanded Record (Filing No. 38) is denied without prejudice.

Dated this 27th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge